**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**In re: OCEAN VIEW DEVELOPMENT, L.L.C.,** **Case No. 9:10-bk-20296-DHA**
**Debtors.** **Chapter 11**
**----------------------------------------------/**

**ORDER DISMISSING CASE**

The above captioned case came on for consideration on October 7, 2010 at 9:00 a.m., for hearing on this Court's Order to Show Cause to Debtor for Failure to Cure Deficiencies. Neither the Debtor nor Debtor's Counsel appeared at the hearing.

The Debtor has not cured the deficiencies noticed in the Court's Order to Show Cause. (Doc. No. 21). Upon the foregoing, the Court finds and concludes that the case is due to be dismissed. By presenting this proposed order to the Court, the United States Trustee certifies that neither the Debtor nor Debtor's Counsel appeared at the scheduled meeting of creditors held on October 7, 2010 at 1:30 p.m. This Court finds that the Debtor has failed to attend and submit to an examination under oath as is required by the Bankruptcy Code and Rules.

Accordingly, upon the foregoing and for good cause found,

**IT IS ORDERED, ADJUDGED and DECREED** that pursuant to 11 U.S.C. §1112(b) and upon this Court's Order to Show Cause, (Doc. No. 21), cause has been shown, demonstrated, and exists for the dismissal of this case.

**ORDERED, ADJUDGED and DECREED** that the bankruptcy case of *In re Ocean View Development, L.L.C.*, 9:10-bk-20296-DHA, be and hereby stands **DISMISSED**.

**DONE** and **ORDERED** in Chambers this October 14, 2010.

**DAVID H. ADAMS**
United States Bankruptcy Judge

Copies furnished to:
All parties